**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STANLEY CRAIG WAKEFIELD,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-mc-53-Orl-31KRS**

**UNITED STATES OF AMERICA**

        **Defendant.**

_____

## ORDER

This case is before the Court on Motion to Dismiss for Lack of Jurisdiction and Insufficiency of Service of Process (Doc. No. 4) filed June 17, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 14, 2005 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss for Lack of Jurisdiction and Insufficiency of Service of Process (Doc. No. 4) is **GRANTED**. Plaintiff's Petition (Doc. No. 1) is **DISMISSED with prejudice.** The Clerk of Court is directed to enter judgment in accordance with this Order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of August, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge

Counsel of Record

Unrepresented Party